USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE GAITAN LIZAMA, individually and on behalf of
all others similarly situated,

                    Plaintiff,

                -against-

ZNN DELI GROCERY LLC, and John Doe 1 a/k/a
"ALI" and John Doe 2 a/k/a "NASH", as individuals,

                  Defendants.
------------------------------------------------------------------X

NOTICE OF
VOLUNTARY DISMISSAL
*WITHOUT PREJUDICE*
PURSUANT TO RULE 41(a)(1)

Case No.: 21-cv-02856 (GHW)

**IT IS HEREBY NOTICED**, that this action (and claims and causes of action that were, or could have been asserted in it) be withdrawn and discontinued against all Defendants, *without prejudice*, without costs, and with leave for Plaintiff to re-file, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  Kew Gardens, New York
          November 30, 2021

                            *Roman Avshalumov*
                            Roman Avshalumov, Esq.
                            HELEN F. DALTON & ASSOCIATES, P.C.
                            *Attorneys for Plaintiff*
                            80-02 Kew Gardens Road, Suite 601
                            Kew Gardens, New York 11415
                            Tel.: (718) 263-9591
                            Fax: (718) 263-9598

This case has been voluntarily dismissed without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: November 30, 2021
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge